AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Haynes, Catharina D | 2. Court or Organization<br><br>Fifth Circuit | 3. Date of Report<br><br>07/21/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge Nominee | 5a. Report Type (check appropriate type)<br><br>[X] Nomination, Date 7/17/2007<br>[ ] Initial  [ ] Annual  [ ] Final<br><br>5b. [ ] Amended Report | 6. Reporting Period<br>1/1/2006<br>to<br>6/30/2007 |
| 7. Chambers or Office Address<br><br>2001 Ross Ave., Ste 600<br>Dallas, TX 75201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Vickery Meadow Learning Center |
| 2. Advisory Director | Dallas Women Lawyers Association |
| 3. Currently, I am partner. I would resign if confirmed. | Baker Botts L.L.P. |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2007 | Baker & Botts 401k Plan; will rollover if confirmed and required to do so |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | State of Texas (Judicial Salary) | $ 125,000 |
| 2. 2006 | Dallas County (County Supplement -- judicial) | $ 8411 |
| 3. 2007 | Baker Botts L.L.P. (law firm partnership income) | $ 193,000 |
| 4. 2005 | State of Texas (Judicial Salary) | $ 101,573 |
| 5. 2005 | Dallas County (County Supplement-judicial) | $ 9182 |
| 6. 1/1/07 | State of Texas (Judicial Salary) (approx.) | $ 10,400 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Thompson & Knight law firm partnership income |
| 2. 2007 | Thompson & Knight law firm partnership income |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.* *(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. exempt | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D | 07/21/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D | 07/21/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank of America | E | Interest | O | T | exempt | | | | |
| 2. Chase Bank | B | Interest | K | T | | | | | |
| 3. Janus Money Fund | A | Interest | J | T | | | | | |
| 4. T.Rowe Price Prime (TRP) Reserve Fund | E | Interest | N | T | | | | | |
| 5. TRP New Income | A | Dividend | J | T | | | | | |
| 6. TRP International Stock | C | Dividend | M | T | | | | | |
| 7. TRP New America Growth | D | Dividend | M | T | | | | | |
| 8. TRP Health Sciences Fund | D | Dividend | M | T | | | | | |
| 9. TRP Tax Efficient Multi-cap | | None | M | T | | | | | |
| 10. TRP Tax Free Income Fund | E | Dividend | O | T | | | | | |
| 11. TRP Tax Free Short Interm. | A | Dividend | K | T | | | | | |
| 12. British Petroleum (BP) | A | Dividend | J | T | | | | | |
| 13. IBM | A | Dividend | K | T | | | | | |
| 14. Motorola (MOT) | A | Dividend | J | T | | | | | |
| 15. Pfizer (PFE) | A | Dividend | J | T | | | | | |
| 16. Franklin Mutual Shares Class Z | E | Dividend | N | T | | | | | |
| 17. Janus Fund | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D | 07/21/2007 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. TRP Equity Income | A | Dividend | K | T | | | | | |
| 19. Vanguard REIT Fund | B | Dividend | M | T | | | | | |
| 20. Vanguard 500 Index Fund | A | Dividend | M | T | | | | | |
| 21. Vanguard TM Small Cap | A | Dividend | M | T | | | | | |
| 22. US EE Savings Bonds | C | Dividend | L | T | | | | | |
| 23. TRP Retirement 2020 (IRA) | A | Dividend | K | T | | | | | |
| 24. TRP Retirement 2030 (IRA) | A | Dividend | J | T | | | | | |
| 25. Baker Botts Partnership Equity | A | Interest | K | U | | | | | |
| 26. Thompson Knight Partnership Equity | | None | L | U | | | | | |
| 27. Baker Botts 401K Plan (AIM Liquid, Fidelity Mag, Fid. Growt | D | Dividend | M | T | | | | | |
| 28. TX Emp. Ret. Plan (Fid US Bond, Vanguard Inst. Van. Growth) | C | Dividend | M | T | | | | | |
| 29. Thompson Knight 401K (Vanguard Well. Van. Inst., Stable Val. | D | Dividend | O | T | | | | | |
| 30. State of TX Judic. Retirement Equity (est.) | C | Interest | L | T | | | | | |
| 31. Baker Botts Drawing Acct. | A | Interest | L | T | | | | | |
| 32. Texas County & District Retirement System | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____*Catharina Haynes*_____ Date _____7-21-07_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 985 | 138 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | 67 | 548 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 2 | 468 | 789 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned-add schedule | | 337 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 30 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| 401(k) accounts | | 938 | 000 | | | | |
| IRA accounts | | 37 | 865 | | | | |
| Texas State retirement accounts | | 152 | 000 | Total liabilities | | 0 | |
| Partner Capital/Equity accounts | | 141 | 200 | Net Worth | 5 | 157 | 540 |
| Total Assets | 5 | 157 | 540 | Total liabilities and net worth | 5 | 157 | 540 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |